UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MALCOM PERRY,**

    **Plaintiff,**

**v.**                                                        Case No. 5:25-cv-13-TKW-MJF

**AMBER AHBOL, et al.,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18). Plaintiff was granted an extension of time to file objections, *see* Doc. 20, but he did not file any.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim on which relief can be granted. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim on which relief can be granted.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 4th day of August, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**